IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDDIE BRILEY, JR.                                                                                    PETITIONER
ADC #116921

V.                                         5:11cv00293 JMM-JTR

RAY HOBBS, Director,                                                                          RESPONDENT
Arkansas Department of Correction

## ORDER

Respondent has filed a Response (docket entry #11) arguing that Petitioner's 28 U.S.C. § 2254 habeas claims are barred by the one-year statute of limitations, are procedurally defaulted due to Petitioner's failure to properly raise them in state court, or were waived by his guilty plea. A Reply to the Response would be helpful to resolution of this action.

IT IS THEREFORE ORDERED THAT Petitioner is directed to file, **on or before February 10, 2012,** a Reply addressing the arguments for dismissal raised in the Response.

DATED THIS 11th DAY OF January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE