IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDDIE BRILEY, JR.                                                                    PETITIONER
ADC #116921

V.                          NO. 5:11cv00293 JMM-JTR

RAY HOBBS, Director,                                                              RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, WITH PREJUDICE.

DATED this 24th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE